IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-30-1-F
No. 7:10-CR-30-2-F
No. 7:10-CR-30-3-F
No. 7:10-CR-30-4-F
No. 7:10-CR-30-5-F
No. 7:10-CR-30-6-F
No. 7:10-CR-30-7-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **REASSIGNMENT ORDER** |
| MIGUEL BRACAMONTES, ) | |
| a/k/a "Miguel Rayo Bracomontes" ) | |
| and "Miguel Bracomontes-Rayo" ) | |
| and "Reinaldo Palomares" ) | |
| FLORIAN VILLA VILLA, ) | |
| GONZALEZ FRANCISCO MONTOYA, ) | |
| RANDOLPH WHITE, JR., ) | |
| JUAN RAYO ) | |
| a/k/a "Junior" ) | |
| VALDO SALDANA GIONA, and ) | |
| BILLY RAY MILLER ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned as to all defendants to the Honorable Terrence W. Boyle, United States District Judge, for all further proceedings. Senior United States District Judge James C. Fox is no longer assigned to the case. **All future documents should reflect the revised case number of 7:10-CR-30-BO.**

SO ORDERED. This the 13th day of March, 2023.

/s/ Peter A. Moore, Jr.
Clerk of Court